UNITED STATES ex rel. Jozef SIURTEK, Relator-Appellant, v. A. J. KARNUTH, as District Director, etc., Respondent-Appellee.
No. 35.

Circuit Court of Appeals, Second Circuit.
Oct. 3, 1933.

Jay T. Barnsdall, Jr., of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Willard R. Chamberlin, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order affirmed in open court.

UNITED STATES FIDELITY & GUARANTY COMPANY and M. Sullivan Dredging Co. v. UNITED STATES of America, for Use and Benefit of SOO SAND & GRAVEL CO.
No. 6505.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1933.

Albert G. Goetz, of Detroit, Mich., for appellants.

John W. Shine, of Sault Ste. Marie, Mich., for appellee.

PER CURIAM.
Docketed and dismissed, pursuant to stipulation.

Hayes VAN GORDER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.
No. 7081.

Circuit Court of Appeals, Fifth Circuit.
Oct. 13, 1933.

Hayes Van Gorder, in pro. per.

Hal Lindsay, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

Sam VASSALO v. UNITED STATES of America.
No. 6627.

Circuit Court of Appeals, Sixth Circuit.
Nov. 16, 1933.

John R. Watkins, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Docketed and dismissed, pursuant to motion of appellee.

Paul VASSALO v. UNITED STATES of America.
No. 6628.

Circuit Court of Appeals, Sixth Circuit.
Nov. 16, 1933.

John R. Watkins, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Docketed and dismissed, pursuant to motion of appellee.